

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Jaime Albert Primera, | § | No. 08-19-00135-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| The State of Texas, | § | of Pecos County, Texas |
| State. | § | (TC# P-3845-112-CR) |
| | § | |

# O RDER

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 16, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Corina E. Lozano, Official Court Reporter for the 112th District Court, for Pecos County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before August 16, 2019.

IT IS SO ORDERED this 7h day of August 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.